IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JENNELL GRAY,

    Plaintiff,

vs.                                               1:17-cv-00788-KG-JHR

DAVID R. JORDAN,

    Defendant.

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER comes before the Court on the Joint Motion to Dismiss with Prejudice (Doc. 19) filed by Plaintiff Jennell Gray and Defendant David R. Jordan. The Court having considered the Motion, having been advised that this matter has been settled between Plaintiff Jennell Gray and Defendant David R. Jordan and otherwise being further advised that no disputes remain between them requiring resolution by this Court, FINDS that the Motion is well taken and should be **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff Jennell Gray and all of Plaintiff's claims that have been or could have been brought in this case against Defendant David R. Jordan are hereby DISMISSED WITH PREJUDICE.

Each party shall bear its own costs and attorneys' fees.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED AND APPROVED:

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By */s/ Seth L. Sparks – Electronically signed*
    Seth L. Sparks
    Stephanie L. Latimer
P.O. Box 1888
Albuquerque, NM 87103
(505) 765-5900
*Attorneys for Defendant David R. Jordan*
ssparks@rodey.com; slatimer@rodey.com


Feferman, Warren & Mattison

By: *Email Approval by Nicholas Mattison on March 16, 2018*
    Nicholas Mattison
300 Central Ave., SW, Suite 2000 West
Albuquerque, NM 87102
505-243-7773
nmattison@nmconsumerwarriors.com
*Attorneys for Plaintiff*